Camilo **HERNANDEZ–REAL,** Petitioner,

v.

Peter D. **KEISLER,*** Acting Attorney General, Respondent.

No. 06–71157.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 15, 2007.**

Filed Oct. 23, 2007.

Jaime Jasso, Esq., California Alien Rights Project, LLC, Immigration Appealsworks, Westlake Village, CA, for Petitioner.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Janice K. Redfern, Esq., Leslie McKay, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KOZINSKI, TASHIMA and McKEOWN, Circuit Judges.

**MEMORANDUM ***

1. The IJ didn't err by applying the valid "exceptional and extremely unusual hardship" standard under 8 C.F.R. § 212.7(d). *See Mejia v. Gonzales,* 499 F.3d 991, 993, 996 (9th Cir.2007). We have rejected petitioner's argument that 8 C.F.R. § 212.7(d) cannot be applied retroactively. *See Mejia,* 499 F.3d at 997.

2. We lack jurisdiction to review the denial of a petition under this standard, *see* 8 U.S.C. § 1252(a)(2)(B), because such a denial is entirely within the agency's discretion. *See Mejia,* 499 F.3d at 999. Petitioner also failed to exhaust his administrative remedies for obtaining a waiver

* Peter D. Keisler is substituted for his predecessor, Alberto R. Gonzales, as Acting Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

under 8 U.S.C. § 1182(h)(1)(A), *see* 8 C.F.R. § 1003.3(b), so we lack jurisdiction to review this claim. 8 U.S.C. § 1252(d)(1).

**PETITION DENIED in part and DISMISSED in part.**

---

* The Honorable Milton I. Shadur, Senior United States District Judge for the Northern District of Illinois, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.